IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GORDON SWEARINGEN and MAJOLIS SWEARINGEN,<br><br>    Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | Case No.: 1:11-CV-01051<br><br>Judge: Edmond E. Chang |

## MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA"), by and through its attorneys David M. Schultz and Avanti D. Bakane of Hinshaw & Culbertson LLP, pursuant to Federal Rule 56, move for summary judgment in their favor and against Plaintiffs, GORDON SWEARINGEN and MAJOLIS SWEARINGEN, as to all claims asserted in the Complaint. Defendant incorporates its contemporaneously-filed Memorandum of Law in Support of this Motion.

WHEREFORE, Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, respectfully requests that this Court enter an order granting summary judgment in favor of Defendant and against Plaintiffs, and for such other and further relief as this Court deems proper.

David M. Schultz
Avanti D. Bakane
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601-1081
Tel: 312/704-3000
Fax: 312/704-3001
E-mail: dschultz@hinshawlaw.com
E-mail: abakane@hinshawlaw.com

Respectfully submitted,

PORTFOLIO RECOVERY ASSOCIATES, LLC, Defendant

By: *s/Avanti D. Bakane*
    Avanti D. Bakane

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2011, I electronically filed the with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing **Motion for Summary Judgment** by using the CM/ECF system, which will send notification of such filing(s) to:

    Adam T. Hill
    Krohn & Moss, Ltd.
    10 N. Dearborn St., 3rd Floor
    Chicago, IL  60602
    E-mail:  ahill@consumerlawcenter.com

Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300                     *s/Avanti D. Bakane*
Chicago, IL  60601-1081                       Avanti D. Bakane
Tel:    312/704-3000
Fax:   312/704-3001

130205808v1 0921982