**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GORDON SWEARINGEN and<br>MAJOLIS SWEARINGEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:11-cv-01051 |
| | ) | Judge Edmond E. Chang |
| PORTFOLIO RECOVERY<br>ASSOCIATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

NOW COME Plaintiffs, GORDON SWEARINGEN and MAJOLIS SWEARINGEN ("Plaintiffs"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiffs anticipate will be completed within the next 60 days.

Plaintiffs therefore request that this Honorable Court vacate all dates currently set on calendar for the present matter, including the Status Hearing currently set on calendar for February 26, 2013 at 8:30 a.m.

///

///

///

///

///

///

DATED:  February 25, 2013           RESPECTFULLY SUBMITTED,

                              KROHN & MOSS, LTD.


                     By: /s/ Adam T. Hill

                         Adam T. Hill
                         KROHN & MOSS, LTD.
                         Attorney for Plaintiffs
                         10 N. Dearborn St, 3rd Floor
                         Chicago, Illinois 60602
                         (312) 578-9428
                         (866) 829-5083
                         ahill@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted to all parties by the Court's CM/ECF system.


By: /s/ Adam T. Hill

Adam T. Hill
KROHN & MOSS, LTD.
Attorney for Plaintiffs
10 N. Dearborn St, 3rd Floor
Chicago, Illinois 60602
(312) 578-9428
(866) 829-5083
ahill@consumerlawcenter.com