UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Gordon Swearingen, et al.
                                    Plaintiff,
v.                                                    Case No.: 1:11−cv−01051
                                                      Honorable Edmond E. Chang
Portfolio Recovery Associates, LLC
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 25, 2013:

MINUTE entry before Honorable Edmond E. Chang: Pursuant to the parties' notice of settlement, R. 75, and a request to the courtroom deputy from Plaintiff's counsel that the case be dismissed without prejudice for 60 days to allow for the execution of the agreement, the case is dismissed without prejudice and with leave to reinstate on or before April 26, 2013. If the case is not reinstated by that date, then the dismissal will automatically convert to one with prejudice without further action by the Court. And if the parties are able to file the stipulated dismissal with prejudice before that date, they should do that. Civil case terminated.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.