**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GORDON SWEARINGEN and MAJOLIS SWEARINGEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:11-cv-01051 |
| PORTFOLIO RECOVERY ASSOCIATES, | ) ) ) ) | Judge Edmond E. Chang |
| Defendant. | ) ) | |

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

Plaintiffs, GORDON SWEARINGEN and MAJOLIS SWEARINGEN, and Defendant, PORTFOLIO RECOVERY ASSOCIATES., through their respective counsel, stipulate to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

DATED: April 8, 2013                        RESPECTFULLY SUBMITTED,

                                                       KROHN & MOSS, LTD.

                                                       By: /s/ Adam T. Hill

                                                       Adam T. Hill
                                                       KROHN & MOSS, LTD.
                                                       Attorney for Plaintiffs
                                                       10 N. Dearborn St, 3rd Floor
                                                       Chicago, Illinois 60602
                                                       (312) 578-9428
                                                       (866) 829-5083
                                                       ahill@consumerlawcenter.com

DATED: April 8, 2013               RESPECTFULLY SUBMITTED,

                                       HINSHAW & CULBERTSON, LLP

                               By: /s/ Avanti Deepak Bakane

                                       Avanti Deepak Bakane
                                       Hinshaw &Culbertson, LLP
                                       222 N LaSalle Street, Suite 300
                                       Chicago, IL 60601
                                       abakane@hinshaw.com
                                       Attorney for Defendant

## PROOF OF SERVICE

I, Adam Hill, state the following:

I am employed in Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 10 N. Dearborn St, 3rd Floor, Chicago IL. On August 2, 2012 I served the following documents:

On April 8, 2013, I served the following documents: **STIPULATION TO DISMISS CASE WITH PREJUDICE**

On the parties listed below:

| | |
|---|---|
| Avanti Deepak Bakane | Attorneys for Defendant, |
| Hinshaw &Culbertson, LLP | PORTFOLIO RECOVERY ASSOCIATES |
| 222 N LaSalle Street, Suite 300 | |
| Chicago, IL 60601 | |

By the following means of service:

[ ]  **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[X]  **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]  **BY MAIL:** I deposited such envelope in the mail at Chicago, Illinois. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Chicago, Illinois in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on April 8, 2013, at Chicago, Illinois.

By: /s/Adam T. Hill

Adam T. Hill